**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6450**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

JOHNNY WILLIAM COOPER, JR., a/k/a Buck,

               Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Cameron McGowan Currie, District
Judge. (3:02-cr-00548-CMC-37)

Submitted: June 21, 2012         Decided: June 26, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnny William Cooper, Jr., Appellant Pro Se. Jane Barrett
Taylor, Assistant United States Attorney, Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny William Cooper, Jr., appeals the district court's order denying his pro se motion for leave to supplement his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction or, in the alternative, for reconsideration of the district court's order granting his § 3582(c)(2) motion. Because the district court lacked authority to reconsider its order granting Cooper's § 3582(c)(2) motion, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), we affirm the district court's order. See United States v. Cooper, No. 3:02-cr-00548-CMC-37 (D.S.C. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED